# CHANCERY SENTINEL.

C. F. Paul, Publisher.]  $1.00 per annum.  [O. L. Barbour, Reporter

**Vol. 6.]  Saratoga Springs, August 24, 1846.  [No. 5.**

## Court of Chancery.

### DECISIONS OF THE CHANCELLOR,
#### AUGUST 24, 1846.

*Thomas J. Baldwin* v. *Martha Baldwin.* J. S. Frost, for complainant. Decree for divorce, with costs to be paid out of separate estate of the defendant.

*In the matter of George C. Sharp, an habitual drunkard.* Olin & White, for petitioner. Order authorizing committee to pay solicitors of petitioner $66,47 in full of all costs.

*Alric Hubbell et al* v. *Hiram Carpenter.* E. J. Richardson, for complainants; H. Carpenter, in person. Order for an attachment for violation of injunction. Defendant to be held to be held to bail in the sum of $250.

*Abraham Van Vechten* v. *the Canajoharie and Cattskill Rail-Road Co.* J. Rhoades, for receiver; W. A. Beach, for claimants, Stannard and Hays. Application by receivers to compel Stannard and Hays to pay the expenses of the reference of a claim made against the fund in the hands of such receiver. Decree in favor of receiver, for his taxable costs upon the claim of the claimants which was disallowed by the referees; including the costs of the receiver upon this application.

*The same* v. *The same.* J. Rhoades, for receiver; W. A. Beach, for claimant. A similar application for costs, on a claim

4

made by Silas Stannard. Motion for costs denied without costs to either party as against the other. Costs of receiver in resisting the claim, declared to be a proper charge upon the fund, and directed to be allowed to him in the passing of his accounts.

*In the matter of Smith O'Blemis et al, infants.* SLOSSON & SCHELL, for petitioners. Order appointing special guardian to sell real estate of infants, and referring it to a master upon the filing of the requisite security; provided the adults and also the executors all give a written consent to join in the conveyance; the executors joining in it in their character of executors.

*David S. Jones et al, Ex'rs. &c. v. Seth B. Roberts and A. N. Lawrence.* D. S. JONES, for complainants; D. D. FIELD and D. P. HALL, for defendants. Application by defendants to vacate the order taking bill as confessed against defendant Lawrence, and for leave to him to put in an answer. Motion denied with costs.

*The Same v. The same.* D. D. FIELD, for appellant; D. S. JONES, for respondent. This was an appeal from an order of the vice chancellor of the first circuit overruling exceptions of defendant Roberts to a master's report on exceptions to his answer. Order appealed from affirmed with costs; and proceedings remitted.

*Benjamin F. Bailey v. James Bailey 2d et al.* J. RHOADES, for complainant; O. L. BARBOUR, for defendants. Exceptions to master's report disallowing exceptions to the answer of James Bailey 2d, for insufficiency. Order overruling exceptions to report, and directing complainant to pay the costs of the reference and upon the exceptions to report, to be taxed. Such costs to be offsett against the amount due complainant on his judgment, against James Bailey 2d.

*John Delaney v. Matthew Carroll et al.* J. ELLSWORTH, for appellant; A. BOCKES, for respondent. This was an appeal by Tucker, one of the defendants, from an order of a vice chancellor overruling his exceptions to the master's report as to the amount due upon a bond and mortgage. The chancellor decided that it is irregular, under an order of reference in a mortgage case, which directs the examination of the complainant on oath as to payments, for the master, in the absence of the complainant from the state, to examine his solicitor and agent in his stead; without

*In a mortgage case, complainant's agent or solicitor cannot be examined on oath in his stead.*